

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TEOFILO MEDINA, Jr.,<br><br>            Petitioner - Appellant,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden,<br><br>            Respondent - Appellee. | No. 09-99015<br><br>D.C. No. 2:94-CV-01892-RSWL<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| TEOFILO MEDINA, Jr.,<br><br>            Petitioner - Appellant,<br><br>  v.<br><br>R. K. WONG,<br><br>            Respondent - Appellee. | No. 09-99016<br><br>D.C. No. 2:97-CV-07062-RSWL<br>Central District of California,<br>Los Angeles |

Before: THOMAS, Chief Judge and WARDLAW and BERZON, Circuit Judges.

We sent the accompanying opinion for filing on Friday, March 20, 2015.

On Tuesday, March 24, 2015, we received from Mr. Medina's counsel a filing

entitled "Suggestion of Death" informing us of a press release indicating that Mr.

Medina had "died on the evening of March 22, 2015 from natural causes . . . ."

Because at all times when we made our decision and sent it for filing, the case was not moot, we allowed it to be published in the ordinary course.  However, we direct the parties to file letter briefs within 14 days hereof addressing how best to proceed with the opinion in light of Mr. Medina's death.

**IT IS SO ORDERED.**